THE PEOPLE, on the relation of Ammi Rogers, *vs.* SARATOGA COMMON PLEAS.

MOTION for a mandamus. In a suit in a justice's court, the action was trespass against two defendants, who pleaded jointly, and were found jointly guilty, and the damages were assessed at $26,26. The defendants appealed jointly to the Saratoga common pleas, and gave a bond in the usual form. A motion was made to the common pleas to quash the appeal, on the ground that the bond was not conditioned to pay the judgment which might be recovered against *either* of the defendants, but provided only for a *joint recovery ;* whereas, one might be acquitted, and the other convicted, in the common pleas. The motion was denied, and an application is now made for a mandamus, directing the allowance of the motion.

*In an appeal bond against two defendants in an action of trespass, it is not necessary to provide for a recovery against either.*

ALBANY,
Oct. 1828.

The People
v.
Saratoga C. P.

*J. Ellsworth,* for relator.

*By the Court,* SUTHERLAND, J. The court below decided correctly. Though the extent of a recovery against one of the defendants is not provided for in the bond, the appeal could not therefore be quashed, the bond being conformable to the statute. The omission, if there be one, is in the law.

Motion denied.